NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOURCE VAGABOND SYSTEMS LTD.,**
*Plaintiff-Appellant,*

v.

**HYDRAPAK, INC.,**
*Defendant-Appellee.*

---

2012-1407

---

Appeal from the United States District Court for the Southern District of New York in case no. 11-CV-5379, Judge Colleen McMahon.

---

**SOURCE VAGABOND SYSTEMS LTD.,**
*Plaintiff-Appellant,*

v.

**HYDRAPAK, INC.,**
*Defendant-Appellee.*

---

2012-1408

---

SOURCE VAGABOND SYSTEMS LTD. V HYDRAPAK, INC.          2

Appeal from the United States District Court for the Southern District of New York in case no. 11-CV-5379, Judge Colleen McMahon.

## ON MOTION

---

## ORDER

Source Vagabond Systems Ltd. moves without opposition to withdraw its appeal in case no. 2012-1407. Source Vagabond Systems Ltd. also moves without opposition for a 7-day extension of time, until July 30, 2012, to file its principal brief in case no. 2012-1408.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw appeal no. 2012-1407 is granted. All other motions related to that case are moot.

(2) The revised official caption in 2012-1408 is reflected above. The motion for extension of time to file the principal brief in case no. 2012-1408 is granted.

FOR THE COURT

JUL 25 2012

_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Guy Yonay, Esq.
     Eric Stephen Walters, Esq.

s26

Issued As A Mandate (as to 12-1407 only): JUL 25 2012 _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 5 2012

JAN HORBALY
CLERK